UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Matthew L. Priestley</u>

v.                                          Civil No. 14-cv-148-JL

<u>Jason S. Johnson, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 20, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: September 9, 2015

cc:   Matthew L. Priestley, pro se
      John A. Curran, Esq.